# DISTRICT COURT OF GUAM

MARIANAS HOSPITALITY CORPORATION,
dba HYATT REGENCY GUAM,
                Plaintiff,

V.

PREMIER BUSINESS SOLUTIONS, INC.,
PACIFIC BUSINESS SOLUTIONS, INC.,
ANNA MARIE TOVES, AND JESSE C.
TOVES,
                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-00002**

TO: (Name and address of Defendant)

JESSE C. TOVES

**ACKNOWLEDGED RECEIPT**
Sign: _Ignaw Blas_
Print: _Ignacio Blas_
Date: _2/28/07_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    CIVILLE & TANG, PLLC
    Suite 200, 330 Hernan Cortez Avenue
    Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

FEB 28 2007

CLERK                                              DATE

/s/ Leilani R. Toves Hernandez

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                                   *Signature of Server*

                                         _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.