# DISTRICT COURT OF GUAM

MARIANAS HOSPITALITY CORPORATION,
dba HYATT REGENCY GUAM,
                              Plaintiff,

V.

PREMIER BUSINESS SOLUTIONS, INC.,
PACIFIC BUSINESS SOLUTIONS, INC.,
ANNA MARIE TOVES, AND JESSE C.
TOVES,
                              Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07 - 00 0 0 2**

# FILED

**DISTRICT COURT OF GUAM**

MAR - 1 2007 *pta*

**MARY L.M. MORAN
CLERK OF COURT**

TO: (Name and address of Defendant)

PACIFIC BUSINESS SOLUTIONS, INC.

*Recid By: Anna Toves*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CIVILLE & TANG, PLLC
Suite 200, 330 Hernan Cortez Avenue
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

**MARY L. M. MORAN
Clerk Of Court**

FEB 2 8 2007

CLERK

(By) DEPUTY CLERK

DATE

ORIGINAL

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE _February 28, 2006_ |
|---|---|

| NAME OF SERVER *(PRINT)* _Thomas J. Sablan_ | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): _Left copies at place of business with Manager_
_Ann Taves at Ste 500 GCIC Bldg. at 4:40pm._

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _02/28/07_
              Date

Signature of Server
_118 Chn Tun Gregorio Tugoo St; #190_
_P.O. Box 3715_
_Hagatna, Gu. 96932_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.