# DISTRICT COURT OF GUAM

MARIANAS HOSPITALITY CORPORATION,
dba HYATT REGENCY GUAM,
          Plaintiff,

V.

PREMIER BUSINESS SOLUTIONS, INC.,
PACIFIC BUSINESS SOLUTIONS, INC.,
ANNA MARIE TOVES, AND JESSE C.
TOVES,
          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-00002**

**FILED**
DISTRICT COURT OF GUAM
MAR - 1 2007
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

JESSE C. TOVES

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CIVILLE & TANG, PLLC
Suite 200, 330 Hernan Cortez Avenue
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
**Clerk Of Court**

CLERK

(By) DEPUTY CLERK

DATE   FEB 28 2007

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 28, 2007 | |
| NAME OF SERVER (PRINT) Thomas J. Sablan | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. #690 Cross Island Road, Sta. Rita
Name of person with whom the summons and complaint were left: Veleesa Toves (daughter - 16 yrs old.)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5:16 pm 02/28/07
Date

Signature of Server

118 Chn Tun Gregorio Tugon St, 4190
P.O. Box 3715
Hagatna, Gu. 96932
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.