**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*

**FILED**
DISTRICT COURT OF GUAM
APR 16 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, | Civil Case No. CV-07-00002 |
| Plaintiff, | **DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND MOTION FOR STAY OF DISCOVERY** |
| v. | |
| PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES. | |
| Defendants. | |

----------

**TO:** To Plaintiffs and their attorneys of record, G. Patrick Civille, Esq., CIVILLE & TANG, PLLC, Suite 200, 330 Hernan Cortez, Avenue, Hagåtña, Guam 96910.

Defendants move the Court to Dismiss Plaintiff's Amended Complaint for Lack of Subject Matter Jurisdiction and for Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6) and Motion for Stay of Discovery.

Defendants request that said Motion be heard as soon as is practicable at a date and time convenient to the Court.

*Respectfully submitted* this 16th day of April, 2007.

**TEKER TORRES & TEKER, P.C.**

By: *Joseph Razzano*
**JOSEPH C. RAZZANO, ESQ.**
*Attorneys for Defendants*

by: *[signature]*

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

Case 1:07-cv-00002    Document 12    Filed 04/16/2007    Page 2 of 2

H:\COMMON\USERS\CLIENT FOLDERS\#PLEADINGS\PREMIER BUSINESS SOLUTIONS\004 DISMISS MTN.wpd    -2-