**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM
APR 16 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION) dba HYATT REGENCY GUAM, ) ) Plaintiff, ) ) v. ) ) PREMIER BUSINESS SOLUTIONS, INC., ) *et al.*, ) ) Defendants. ) | CIVIL CASE NO. CV-07-00002 **NON-AGREEMENT OF HEARING DATE** |

----------

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Joseph C. Razzano, am one of the attorneys for the Defendants in this matter. I contacted the attorneys for the opposing party in this action to agree upon a date for oral argument of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and For Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6) and Motion for Stay of Discovery.

2. The attorney for the opposing party is G. Patrick Civille, Esq. of the law office of Civille & Tang, PLLC.

3. I contacted Mr. Civile and he indicated he was unsure whether he could agree to a

1 hearing on July 12, 2007 at 10:00 a.m. and he would call me back.

2     4. As of the filing of this pleading, no return phone call was received.

3     5. Therefore, Defendants request that a hearing be set by the Court on July 12, 2007 at 10:00 a.m.

***Respectfully submitted*** this 16th day of April, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.
*Attorneys for Defendants*

by: _____