AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

Marianas Hospitality Corporation, dba Hyatt Regency Guam,

    Plaintiff,

V.

Premier Business Solutions, Inc., Pacific Business Solutions, Inc., Anna Marie Toves, and Jesse C. Toves,

    Defendants.

**NOTICE**

CASE NUMBER: 1:07-cv-00002

## Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, Motion for Stay of Discovery

[ **X** ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910<br><br>Hon. Frances M. Tydingco-Gatewood | 413 |
| | DATE AND TIME<br><br>July 12, 2007 at 10:00 A.M. |

TYPE OF PROCEEDING

[ ] **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 17, 2007

DATE

/s/ Virginia T. Kilgore

DEPUTY CLERK

TO: G. Patrick Civille
Joseph C. Razzano