CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Plaintiff*



FILED
DISTRICT COURT OF GUAM
MAY 15 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION, dba HYATT REGENCY GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES,<br><br>Defendants. | CIVIL CASE NO. 07-00002<br><br><br><br>**NOTICE TO THIRD PARTY TO PRODUCE AND PERMIT COPYING** |

To:  **Defendants and their Counsel, Teker Torres & Teker, PC**

PLEASE TAKE NOTICE that Plaintiff Marianas Hospitality Corporation dba Hyatt Regency Guam, pursuant to Rule 45 of the Federal Rules of Civil Procedure, and the attached Subpoena in a Civil Case, has requested the Custodian of Record for the Bank of Guam to make available for inspection and copying the documents listed in Exhibit A attached hereto.

Said inspection and copying will be held at the offices of Civille & Tang, PLLC, 330 Hernan Cortez Avenue, Suite 200, Hagåtña, Guam 96910 at the specified date and time:

| DEPONENT | DATE | TIME |
|---|---|---|
| Custodian of Record Bank of Guam | May 25, 2007 | 10:00 a.m. |

This Notice is given pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure.

You are invited to attend and review the produced documents.

DATED at Hagåtña, Guam, this 15th day of May, 2007.

**CIVILLE & TANG, PLLC**

By: *[signature]*
G. PATRICK CIVILLE
*Attorneys for Marianas Hospitality
Corporation dba Hyatt Regency Guam*

## Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION<br>dba HYATT REGENCY GUAM,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES<br><br>　　　　　　　Defendants. | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1]  CV-07-0002 |

**TO:　BANK OF GUAM**

☐　YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐　YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒　YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**See Exhibit A appended hereto**

| PLACE | DATE AND TIME |
|---|---|
| Civille & Tang, PLLC<br>Suite 200, 330 Hernan Cortez Avenue, Hagåtña, Guam 96910 | May 25, 2007; 10:00 a.m. |

☐　YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*　Attorneys for Plaintiff MHC dba Hyatt Regency Guam | May 15, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

G. Patrick Civille, Esq., Civille & Tang, PLLC, Suite 200, 330 Hernan Cortez Avenue, Hagåtña, Guam 96910; Telephone: (671) 472-8868

# EXHIBIT A

**Parties:**   Premier Business Solutions, Inc.
Pacific Business Solutions, Inc.
Jesse C. Toves
Anna Marie Toves
(collectively referred to as the "Parties")

**Period:**   June 2002 to March 2007

**Documents:**   As to any and all account on which any of the Parties, individually or in combination with any other party, person or entity, is an account holder:

1. Signature cards for any and all such accounts;

2. Bank statements for any and all such accounts;

3. Any and all financial statements, loan agreements, and tax returns submitted to the Bank by any of the Parties, individually or in combination with any other party, person or entity for the period commencing June 2002 to March 2007.