CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Plaintiff*



**FILED**
DISTRICT COURT OF GUAM

MAY 22 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION, dba HYATT REGENCY GUAM, <br><br> Plaintiff, <br><br> vs. <br><br> PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES, <br><br> Defendants. | CIVIL CASE NO. 07-00002 <br><br> **NOTICE OF CANCELLATION** |

**To:** Defendants and their Counsel, Teker Torres & Teker, PC

PLEASE TAKE NOTICE that the Subpoena in a Civil Case issued to the Custodian of Record for Citizens Security Bank scheduled for **Friday, May 25, 2007,** commencing at 10:00 a.m., as noticed by the Notice to Third Party to Produce and Permit Copying filed herein on May 15, 2007, is hereby cancelled.

DATED at Hagåtña, Guam, this 22nd day of May, 2007.

**CIVILLE & TANG, PLLC**

By: _/s/ G. Patrick Civille_
**G. PATRICK CIVILLE**
*Attorneys for Marianas Hospitality Corporation dba Hyatt Regency Guam*

ORIGINAL