1
2
3
4
5
6                          DISTRICT COURT OF GUAM
7                           TERRITORY OF GUAM
8
9   MARIANAS HOSPITALITY CORP.                    Civil Case No. 07-00002
    d.b.a. HYATT REGENCY GUAM,
10
11              Plaintiff,
12         vs.                                         **MINUTES**
13  PREMIER BUSINESS SOLUTIONS, INC.,
    *et al.*,
14
                Defendants.
15

16  ( √ ) SCHEDULING CONFERENCE      (  ) PRELIMINARY PRETRIAL CONFERENCE
           (May 29, 2007, at 9:35 a.m.)
17
18  (  ) FINAL PRETRIAL CONFERENCE   (  ) STATUS CONFERENCE

19  **Notes**: Representing the Plaintiff was G. Patrick Civille.  Appearing on behalf of the

20  Defendants was Joseph C. Razzano.

21         Judge Manibusan and counsel went over the parties' proposed scheduling order and

22  discovery plan.  The parties disagreed on the proposed trial date.  In light of the pending motion

23  scheduled for hearing in July and in order to give the Defendants adequate time to prepare,

24  Judge Manibusan scheduled the trial to commence on March 18, 2008, at 9:00 a.m.  The other

25  dates and deadlines were discussed and established.  Judge Manibusan thereafter approved and

26  signed the parties' submission.

27         Although the proposed Joint Scheduling Order and Discovery Plan stated that the

28  Defendants would file an *ex parte* application to stay discovery pending a determination on the

1  motion to dismiss, Judge Manibusan noted that the motion to dismiss included a joint request to

2  stay discovery.  Judge Manibusan stated that this consolidated motion is presently scheduled for

3  hearing before Chief Judge Tydingco-Gatewood on July 12, 2007.

4       Counsel stated that they were amenable to setting this matter for a settlement conference

5  in early August.  Judge Manibusan scheduled a settlement conference for August 10, 2007,

6  at 9:30 a.m., but the parties will advise the Court at a later date if a continuance of said

7  settlement conference is necessary while they await certain reports from their respective

8  accountants.

9       The conference concluded at 10:00 a.m.

10       Dated: May 29, 2007.

11

12                              **Prepared by:** Judith P. Hattori

13                                    Law Clerk

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                         - 2 -