# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORP. d.b.a. HYATT REGENCY GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER BUSINESS SOLUTIONS, INC., *et al.*,<br><br>Defendants. | Civil Case No. 07-00002<br><br>**AMENDED MINUTES** |

(√) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
    (May 29, 2007, at 9:35 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was G. Patrick Civille. Appearing on behalf of the Defendants was Joseph C. Razzano.

    Judge Manibusan and counsel went over the parties' proposed scheduling order and discovery plan. The parties disagreed on the proposed trial date. In light of the pending motion scheduled for hearing in July and in order to give the Defendants adequate time to prepare, Judge Manibusan scheduled the trial to commence on March 18, 2008, at 9:00 a.m. The other dates and deadlines were discussed and established. Judge Manibusan thereafter approved and signed the parties' submission.

    Although the proposed Joint Scheduling Order and Discovery Plan stated that the Defendants would file an *ex parte* application to stay discovery pending a determination on the

motion to dismiss, Judge Manibusan noted that the motion to dismiss incorporated the Defendants' request to stay discovery. Judge Manibusan stated that this consolidated motion is presently scheduled for hearing before Chief Judge Tydingco-Gatewood on July 12, 2007.

Counsel stated that they were amenable to setting this matter for a settlement conference in early August. Judge Manibusan scheduled a settlement conference for August 10, 2008, at 9:30 a.m., but the parties will advise the Court at a later date if a continuance of said settlement conference is necessary while they await certain reports from their respective accountants.

The conference concluded at 10:00 a.m.

Dated: May 30, 2007.

**Prepared by:** Judith P. Hattori
Law Clerk