TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM

JUN 04 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, <br><br> Plaintiff, <br><br> v. <br><br> PREMIER BUSINESS SOLUTIONS, INC., *et al.*, <br><br> Defendants. | CIVIL CASE NO. CV-07-00002 <br><br> **DEFENDANTS' *EX PARTE* MOTION TO SHORTEN TIME TO HEAR DEFENDANTS' MOTIONS TO QUASH AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

----------

## MOTION

Defendants hereby apply to the Court for an ***ex parte*** Order for a Stay of Discovery and an Order Shortening the Time within which to hear Defendants' Motions to Quash the Subpoena Issued to Citizens Security Bank and the Motions to Quash the Subpoena Issued to the Bank of Guam.

Defendants request that said motion be heard as soon as is practicable at a date and time convenient to the Court.

## MEMORANDUM AND BRIEF IN SUPPORT

On April 16, 2007, Defendants filed a motion to dismiss this action contending that the Court

lacks subject matter jurisdiction. In its motion, Defendants also requested that the Court stay discovery in this matter until the jurisdictional issues are resolved. On May 31, 2007, Plaintiffs served this office with two subpoenas one requesting documents from Citizens Security Bank and the other requesting documents from Bank of Guam. The date of production provided for in the subpoena is June 5, 2007. Defendants are filing two respective motions to quash the above mentioned subpoenas as they seek documents that are privileged, the subpoenas are overbroad and violate FRCP rule 45 (c) (3) (A).

Due to the short time frame provided for a response, Defendants have no choice but to seek ex parte relief and have these motions heard on a shorten time frame.

Counsel for the parties have met and conferred and are currently preparing the Local Rule 37.1 Stipulation to be filed immediately upon signature.

*Respectfully submitted* this 4th day of June, 2007.

TEKER TORRES & TEKER, P.C.

By_____
JOSEPH C. RAZZANO, ESQ.
*Attorneys for Defendants*

KR:cs
M:PLDGS:PREMIER BUSINESS:011

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4