**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÁTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Plaintiff*
*Marianas Hospitality Corporation,*
*dba Hyatt Regency Guam*



FILED
DISTRICT COURT OF GUAM
JUN -5 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION, dba HYATT REGENCY GUAM, <br><br>    Plaintiff, <br><br> vs <br><br> PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES. <br><br>    Defendants. | CIVIL CASE NO. CV-07-00002 <br><br> **DECLARATION OF IGNACIO BLAS** |

I, Ignacio Blas, declare as follows:

1. That I am a U.S. Citizen over the age of 18 years;

2. That I am an employee of the law firm of Civille & Tang, PLLC;

3. On the 4th day of June, 2007, I personally delivered a copy of the Subpoena in a Civil Case to Mr. Jetan Sahni of Onward Golf Resort fka Talofofo Golf Resort.

Dated at Hagåtña, Guam, on the 5th day of June, 2007

_____
IGNACIO BLAS