**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM
JUN -7 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, <br><br> Plaintiff, <br><br> v. <br><br> PREMIER BUSINESS SOLUTIONS, INC., et al., <br><br> Defendants. | CIVIL CASE NO. CV-07-00002 <br><br> **LR 37.1 STIPULATION REGARDING DEFENDANTS' MOTION TO QUASH SUBPOENAE TO CITIZENS SECURITY BANK AND BANK OF GUAM** |

The parties stipulate to the following discovery dispute:

1. On June 4, 2007, counsel for Plaintiff and Defendants discussed Defendants' objections to subpoenae issued by the Plaintiff to non-parties.

2. Plaintiff has subpoenaed Defendant's financial records from Citizens Security Bank (Guam), Inc. and the Bank of Guam. Plaintiff has also subpoenaed documents in the possession of Onward Golf Course (fka Talofofo Golf Course) and Community First Credit Union relating to any claims the Onward and Community First has against the Defendants for Defendants' failure to pay Onward's and Community First's payroll taxes, and settlement of these claims, if any.

3. The discovery issues are:

a. With respect to the subpoenae, for document production only, directed to Citizens, and the Bank of Guam, which require production of bank account signature cards, bank statements, copies of any financial statements of defendants submitted to the banks between 2002 to 2007, the discovery issue is whether discovery should be stayed until Defendant's Motion to Dismiss is heard.

b. With respect to the subpoenae, for document production only, directed to Onward Golf Course and Community First, which require production of documents relating to losses sustained by Onward and Community First as a result of Defendants' misuse of payroll and payroll tax funds paid to Defendants by these entities.

c. Defendants contend that the banks have not had sufficient notice of the Subpoenae.

d. The requested production will result in disclosure of confidential financial information in which Defendants may have a privacy interest.

e. Defendants contend that the documents required are overbroad and irrelevant.

4. Defendants' contends as follows:

a. While paragraph three of this stipulation may explain the purpose behind the discovery served by Plaintiff, Defendants contend that Plaintiffs' Complaint is devoid of any claims involving Citizens Security Bank, Bank of Guam, Onward Golf Course and Community First Credit Union.

b. This Court lacks subject matter jurisdiction as the RICO count, as well as the other counts, has not been plead properly.

5. Plaintiff contends as follows:

a. Plaintiff is entitled to commence discovery upon filing of its Rule 26 Initial Disclosures, which has taken place.

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891-4

b. The banks have not objected to production of the documents within the time period specified in the subpoenae. Plaintiff has asked the banks if additional time is required. The non-party banks are not claiming that insufficient notice was given.

c. Plaintiff contends the information sought is not confidential; it goes to the very heart of all of the claims in the complaint i.e., the Defendant's misuse and diversion of Plaintiffs' payroll funds. Plaintiff do not intend to disclose this information to parties outside of this litigation. Plaintiff is willing to enter into a confidentiality agreement.

d. The documents are relevant to all of the claims stated in the First Amended Complaint.

6. Defendants have moved to quash the four subpoenae. The parties have agreed that the four subpoenae should be addressed together at the hearing on Defendants' Motion to Quash.

**SO STIPULATED.**

**TEKER TORRES & TEKER, P.C.**

Dated: June 6, 2007.

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Defendants

**CIVILLE & TANG, PLLC**

Dated: 6/7/07

By _____
JOYCE TANG, ESQ.
Attorneys for Plaintiff