✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

**Marianas Hospitality Corporation**

# NOTICE

V.

**Premier Business Solutions, Inc., et al**         CASE NUMBER: CV-07-00002

TYPE OF CASE:

       X  **CIVIL**        ☐  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

TYPE OF PROCEEDING

Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, Motion for Stay of Discovery

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Thursday, July 12, 2007 at 10:00 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Monday, August 27, 2007 at 10:30 a.m.** |
|---|---|---|

                                              **MARY L. M. MORAN, CLERK OF COURT**
                                              U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**July 2, 2007**                                              /s/ Leilani R. Toves Hernandez
DATE                                                                (BY) DEPUTY CLERK

TO:    G. Patrick Civille, Esq.
          Joseph C. Razzano, Esq.