# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

| | |
|---|---|
| **Marianas Hospitality Corporation** | |
| dba Hyatt Regency Guam | **NOTICE** |
| V. | |
| **Premier Business Solutions, Inc., et al** | CASE NUMBER:  **CV-07-00002** |

TYPE OF CASE:

        **X  CIVIL**        ☐  **CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |
| | |

TYPE OF PROCEEDING

-Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim
-Motion for Stay of Discovery

**X**  **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Monday, August 27, 2007**<br>**at 10:30 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Tuesday, September 11, 2007 at 9:30 a.m.** |
|---|---|---|

<u>**JEANNE G. QUINATA, CLERK OF COURT**</u>
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

<u>**August 21, 2007**</u>                        /s/ Leilani R. Toves Hernandez
DATE                                 (BY) DEPUTY CLERK

TO:    Joseph C. Razzano, Esq.
          G. Patrick Civille, Esq.