AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

Marianas Hospitality Corporation
dba Hyatt Regency Guam

V.

Premier Business Solutions, Inc., et al

**NOTICE**

CASE NUMBER: CV-07-00002

TYPE OF CASE:

**X CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

- Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim
- Motion for Stay of Discovery

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** <br> **Hagåtña, GU 96910** | Tuesday, September 11, 2007 at 10:30 a.m. | Tuesday, September 18, 2007 at 9:30 a.m. |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**August 27, 2007**
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

TO: Joseph C. Razzano, Esq.
G. Patrick Civille, Esq.