**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Plaintiff*
*Marianas Hospitality Corporation,*
*dba Hyatt Regency Guam*





# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION, ) dba HYATT REGENCY GUAM, ) ) Plaintiff, ) ) vs. ) ) PREMIER BUSINESS SOLUTIONS, INC., ) PACIFIC BUSINESS SOLUTIONS, INC., ) ANNA MARIE TOVES, AND JESSE C. ) TOVES, ) ) Defendants. ) _____) | CIVIL CASE NO. CV07-00002 **PLAINTIFF'S NOTICE OF INTENT TO USE COURTROOM DOCUMENT CAMERA** |

Plaintiff respectfully gives notice of its intent to use the Court's document camera (ELMO) on September 18, 2007 at 9:30 a.m., in Judge Tydingco-Gatewood's courtroom, during the hearing on Defendants' motion to dismiss.

DATED at Hagåtña, Guam on September 17, 2007.

**CIVILLE & TANG, PLLC**

By: *[signature]*
G. PATRICK CIVILLE
*Attorneys for Plaintiff*
*Marianas Hospitality Corporation,*
*dba Hyatt Regency Guam*

ORIGINAL