# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-07-00002  DATE: September 18, 2007
CAPTION: Marianas Hospitality Corporation v. Premier Business Solutions, Inc.

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 9:32:32 - 10:17:05
CSO: J. Lizama

---

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
G. Patrick Civille  Joseph C. Razanno
Others present: Neil Withers, representative

---

**PROCEEDINGS: Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim
Motion for Stay of Discovery**

- Motion to Dismiss granted without prejudice. Plaintiff allowed to file amended complaint by September 21, 2007. Defendant's response due 20 days from date complaint filed and served.
- Motion for Stay of Discovery to be addressed at a later date.
- Order to be prepared by: <u>Court</u>.

NOTES: