# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION, DBA HYATT REGENCY GUAM,<br><br>    Plaintiff,<br><br>  vs.<br><br>PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES.<br><br>    Defendants. | Civil Case No. 07-00002<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND GRANTING PLAINTIFF LEAVE TO AMEND THE COMPLAINT** |

  This matter came before the court on September 18, 2007, on a Motion to Dismiss filed by Defendant Premier Business Solutions. Good cause being shown, IT IS HEREBY ORDERED:

  Defendant's Motion to Dismiss is granted. Because Plaintiff concedes that there are deficiencies found in Paragraph 66 of the First Amended Complaint, Plaintiff is ordered to amend the Complaint, not later than 5:00 p.m., Friday, September 21, 2007. Defendants will then have twenty (20) days after the filing of the amended complaint to file a reply.

                **/s/ Frances M. Tydingco-Gatewood**
                    **Chief Judge**
                  **Dated: Sep 18, 2007**