TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM

OCT 1 1 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, <br><br> Plaintiff, <br><br> v. <br><br> PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES. <br><br> Defendants. | Civil Case No. CV-07-00002 <br><br> DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) |

TO: To Plaintiffs and their attorneys of record, G. Patrick Civille, Esq., CIVILLE & TANG, PLLC, Suite 200, 330 Hernan Cortez, Avenue, Hagåtña, Guam 96910.

Defendants move the Court to Dismiss Plaintiff's Second Amended Complaint for Lack of Subject Matter Jurisdiction and for Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6).

Defendants request that said Motion be heard as soon as is practicable at a date and time convenient to the Court.

*Respectfully submitted* this 10th day of October, 2007.

                               **TEKER TORRES & TEKER, P.C.**

                               By: _____
                                  JOSEPH C. RAZZANO, ESQ.
                                  *Attorneys for Defendants*

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891-4

H:\COMMON\USERS\#PLEADINGS\PREMIER BUSINESS SOLUTIONS\020 PLDG-DISMISS MTN.wpd   -2-