**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM
OCT 1 1 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, | Civil Case No. CV-07-00002 |
| Plaintiff, | |
| v. | **AGREEMENT OF HEARING DATE** |
| PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES. | |
| Defendants. | |

----------

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Joseph C. Razzano, am one of the attorneys for the Defendants in this matter. I contacted the attorneys for the opposing party in this action to agree upon a date for oral argument of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and For Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6).

2. The attorney for the opposing party is G. Patrick Civille, Esq. of the law office of

Civille & Tang, PLLC.

3. I contacted Mr. Civille and we agreed to hold the hearing on this matter during the week of November 12 through 16, 2007 at the Court's convenience.

4. As of the filing of this pleading the court has informed me that no hearing dates were available and that the parties should suggest dates in which they would be available. Defendants' counsel would like to inform the court that his wife is pregnant and the due date is December 11, 2007. Therefore, Defendants' counsel respectfully requests that no hearings be held during the month of December, 2007.

5. Therefore, the parties request that a hearing be set by the Court during the week of November 12 through 16, 2007 at a time convenient to the Court's calendar.

*Respectfully submitted* this 11th day of October, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.
*Attorneys for Defendants*