
1
2
3

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

4

*Attorneys for Defendants*

5

6

7

## IN THE DISTRICT COURT OF GUAM

8

----------

9

10

MARIANAS HOSPITALITY
CORPORATION dba HYATT REGENCY
GUAM,

)
)
)

Civil Case No. CV-07-00002

11

Plaintiff,

)
)
)

12

v.

)
)

**CERTIFICATE OF SERVICE**

13

14

PREMIER BUSINESS SOLUTIONS, INC.,
PACIFIC BUSINESS SOLUTIONS, INC.,
ANNA MARIE TOVES, AND JESSE C.
TOVES.

)
)
)
)

15

Defendants.

)
)

16

----------

17

18

I, JOSEPH C. RAZZANO, declare as follows:

19

1.      I am over the age of majority, employed in the law offices of Teker Torres &

20

Teker, P.C., and am competent to testify regarding the matters stated herein.

21

2.      I hereby certify that on October 11, 2007, a true and exact copy of *Defendants'*

22

*Motion to Dismiss for Lack of Subject Matter Jurisdiction and For Failure to State a Claim*

23

*Under Federal Rule of Civil Procedure 12(b)(6), Defendants' Memorandum of Points and*

1 | *Authorities in support of Motion to Dismiss for Lack of Subject Matter Jurisdiction and For*

2 | *Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6)* and *Agreement of*

3 | *Hearing Date* was served, via hand delivery, on the following:

4 |                 G. Patrick Civille, Esq.
                Civille & Tang, PLLC.

5 |                 Suite 200, 330 Hernan Cortez Avenue
                Hagåtña, Guam 96910

7 | I declare under penalty of perjury that the foregoing is true and correct.

8 | DATED at Hagåtña, Guam, on October 11, 2007.

JOSEPH C. RAZZANO

JCR:cs
023 PLDG-CERTIFICATE OF SERVICE.wpd