# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **GUAM**

Marianas Hospitality Corporation

**NOTICE**

V.

Premier Business Solutions, Inc., et al.         CASE NUMBER:   CV-07-00002

---

TYPE OF CASE:

X  **CIVIL**          ☐  **CRIMINAL**

---

X  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | 4th Floor Courtroom<br><br>DATE AND TIME<br>January 25, 2008 at 10:00 a.m. |

TYPE OF PROCEEDING

MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR
FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

---

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

MARY L.M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 7, 2008
DATE

/s/ Virginia T. Kilgore
(BY) DEPUTY CLERK

TO:     Civille and Tang, PLLC
        Teker Torres and Teker