# IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM,<br>           Plaintiff,<br>vs.<br>PREMIER BUSINESS SOLUTIONS, INC. PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES.<br>           Defendants. | CIVIL CASE NO. CV-07-00002<br><br>**ORDER RE: CONTINUING HEARING ON MOTION** |

----------

Due to the scheduling needs of the court, the Motion Hearing currently scheduled for January 25, 2008 at 10:00 a.m. is hereby rescheduled until March 6, 2008 at 9:30 a.m.

SO ORDERED.

                                        **/s/ Frances M. Tydingco-Gatewood**
                                          **Chief Judge**
                                        **Dated: Jan 17, 2008**