# IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, | ) ) ) ) | CIVIL CASE NO. CV-07-00002 |
| Plaintiff, | ) ) | **ORDER VACATING TRIAL AND PRETRIAL CONFERENCE** |
| vs. | ) ) | |
| PREMIER BUSINESS SOLUTIONS, INC. PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES. | ) ) ) ) | |
| Defendant. | ) | |

----------

The Motion to Dismiss Hearing previously scheduled for March 6, 2008 at 9:30 a.m. has been continued to March 27, 2008 at 9:30 a.m. As a result, the pretrial conference currently set for March 11, 2008 at 10:00 a.m. and the Jury Trial currently set for March 18, 2008 at 9:00 a.m. are hereby vacated until disposition of the Motion to Dismiss.

**IT IS SO ORDERED.**

       **/s/ Frances M. Tydingco-Gatewood**
            **Chief Judge**
      **Dated: Feb 15, 2008**