**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM
MAR 18 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM,<br><br>   Plaintiff,<br><br>vs.<br><br>PREMIER BUSINESS SOLUTIONS, INC., *et al.*,<br><br>   Defendants. | CIVIL CASE NO. CV-07-00002<br><br>**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT T LOCAL RULE 7.1(g)** |

----------

The Defendants hereby request leave of this honorable court to exceed the page limit imposed by Local Rule 7.1(g). Defendants' Motion for Stay Pending Resolutions of Issues by the United States Supreme Court; Reply to Plaintiff's Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction for Failure to State a Claim Under F.R.C.P. 12(B)(6) is in excess of the page limits set out by the local rules.

1 | Defendants wish to advise the Court that Plaintiff, by and through Plaintiff's counsel of
2 | record, G. Patrick Civille, Esq., has stated that he has no objection to Defendants' Motion for Leave
3 | to Exceed Page Limits.
4 | Respectfully submitted this 17th day of March, 2008.

**TEKER TORRES & TEKER, P.C.**

By: /s/ *Joseph C. Razzano*
JOSEPH C. RAZZANO, ESQ.
*Attorneys for Defendants*

JCR:cs
PLDGS:PREMIER BUSINESS SOLUTIONS:028