TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM
MAR 18 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, | CIVIL CASE NO. CV-07-00002 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES. | |
| Defendants. | |

----------

I, Joseph C. Razzano, declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on March 17, 2008, true and exact copies of the following

ORIGINAL

1 | documents were served on Plaintiff's counsel, G. Patrick Civille, Esq., Civille & Tang, 330
2 | Hernan Cortez Avenue, Suite 200, Hagåtña, Guam 96910, via hand delivery:

3     a.    Defendants' Motion for Stay Pending Resolutions of Issues by the United States Supreme Court; Reply to Plaintiff's Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction for Failure to State a Claim Under F.R.C.P. 12(B)(6); and

    b.    Unopposed Motion for Leave to Exceed Page Limit Pursuant Local Rule 7.1(g).

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on March 17, 2008.

_____
JOSEPH C. RAZZANO

JCR:cs
CERTIFICATE OF SERVICE.wpd