# IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, | ) ) ) ) | CIVIL CASE NO. CV-07-00002 |
| Plaintiff, | ) ) | **ORDER VACATING HEARING RE: MOTION TO DISMISS AND SETTING HEARING ON MOTION FOR STAY** |
| vs. | ) ) ) | |
| PREMIER BUSINESS SOLUTIONS, INC. PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES. | ) ) ) ) | |
| Defendants. | ) | |

----------

In light of the Plaintiff's recent filing of a Motion for Stay Pending Resolutions of Issues by the United States Supreme Court, the Hearing on the Motion to Dismiss currently scheduled for March 27, 2008 at 9:30 a.m. is hereby vacated and the Hearing on the Motion for Stay will instead be scheduled for March 27, 2008 at 9:30 a.m. Depending the outcome of the Hearing on the Motion for Stay, the Hearing on the Motion to Dismiss will be rescheduled as appropriate.

**IT IS SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Mar 25, 2008**