# IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM,<br>　　　　Plaintiff,<br>vs.<br>PREMIER BUSINESS SOLUTIONS, INC. PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES.<br>　　　　Defendants. | CIVIL CASE NO. CV-07-00002<br><br>**ORDER CONTINUING HEARING ON MOTION FOR STAY** |

----------

Based on the Defendants' filing of a Motion for Stay Pending Resolutions of Issues by the United States Supreme Court, the court set the matter for hearing on March 27, 2008, at 9:30 a.m. On March 26, 2008 at 5:00 p.m. the Plaintiff filed its Opposition to the Motion. In light of this late filing, the court hereby reschedules the hearing for April 7, 2008 at 9:30 a.m. Additionally, the Defendants will have until Tuesday, April 1, 2008 to file any Reply to the Opposition.

**IT IS SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
　Chief Judge
**Dated: Mar 27, 2008**