# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-07-00002  DATE: April 07, 2008
CAPTION: Marianas Hospitality Corp. v. Premier Business Solutions, Inc.

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber     Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos     Electronically Recorded: 9:56:23 - 10:32:45
    Virginia T. Kilgore
CSO: N. Edrosa

---

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
G. Patrick Civille  Joseph Razzano

---

**PROCEEDINGS: Motion for Stay Pending Resolution of Issues by the United States Supreme Court**

- Motion under advisement.
- Order to be issued by: court.

NOTES: