TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM
APR 18 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, | CIVIL CASE NO. CV-07-00002 |
| Plaintiff, | |
| v. | WITHDRAWAL OF DEFENDANTS' MOTION TO QUASH SUBPOENA ISSUED TO BANK OF GUAM |
| PREMIER BUSINESS SOLUTIONS, INC., *et al.*, | |
| Defendants. | |

On June 6, 2008, Attorneys for Defendants, PREMIER BUSINESS SOLUTIONS, INC., *et al.*, filed a Motion to Quash Subpoena Issued to Bank of Guam. Defendants hereby withdraw their Motion to Quash Subpoena Issued to Bank of Guam, as it is now moot. This withdrawal is without prejudice and in no way affects Defendants pending Motion for Stay of Discovery.

///

///

ORIGINAL

Respectfully submitted this 18th day of April, 2008.

TEKER TORRES & TEKER, P.C.

By: *[signature]*
JOSEPH C. RAZZANO, ESQ.
*Attorneys for Defendants*

JCR:dq
030 PLDG-WITHDRAWAL OF MOTION TO QUASH BOG SUBPOENA.wpd