| | |
|---|---|
| 1 | **TEKER TORRES & TEKER, P.C.**<br>SUITE 2A, 130 ASPINALL AVENUE |
| 2 | HAGÅTÑA, GUAM 96910<br>TELEPHONE: (671) 477-9891-4 |
| 3 | FACSIMILE: (671) 472-2601 |

**FILED**
DISTRICT COURT OF GUAM

APR 1 8 2008 RD.

JEANNE G. QUINATA
Clerk of Court

*Attorneys for Defendants*

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, | ) ) ) ) | CIVIL CASE NO. CV-07-00002 |
| Plaintiff, | ) ) | |
| v. | ) ) | WITHDRAWAL OF DEFENDANTS' MOTION TO QUASH SUBPOENA |
| PREMIER BUSINESS SOLUTIONS, INC., et al., | ) ) ) | ISSUED TO CITIZENS SECURITY BANK |
| Defendants. | ) ) | |

On June 6, 2008, Attorneys for Defendants, PREMIER BUSINESS SOLUTIONS, INC., *et al.*, filed a Motion to Quash Subpoena Issued to Citizens Security Bank. Defendants hereby withdraw their Motion to Quash Subpoena Issued to Citizens Security Bank, as it is now moot. This withdrawal is without prejudice and in no way affects Defendants pending Motion for Stay of Discovery.

///

///

ORIGINAL

Respectfully submitted this 18th day of April, 2008.

                                                       **TEKER TORRES & TEKER, P.C.**

                                                  By_____
                                                     JOSEPH C. RAZZANO, ESQ.
                                                     *Attorneys for Defendants*

JCR:dq
031 PLDG-WITHDRAWAL OF MOTION TO QUASH CSB SUBPOENA.wpd