TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM

APR 1 8 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, | Civil Case No. CV-07-00002 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES. | |
| Defendants. | |

I, JOSEPH C. RAZZANO, declare as follows:

1. I am over the age of majority, employed in the law offices of Teker Torres & Teker, P.C., and am competent to testify regarding the matters stated herein.

2. I hereby certify that on April 18, 2008, true and exact copies of the *Withdrawal of Defendants' Motion to Quash Subpoena Issued to Citizens Security Bank* and *Withdrawal of Defendants' Motion to Quash Subpoena Issued to Bank of Guam* were served, via hand delivery,

on the following:

>G. Patrick Civille, Esq.
>Civille & Tang, PLLC.
>Suite 200, 330 Hernan Cortez Avenue
>Hagåtña, Guam 96910

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on April 18, 2008.

_____
JOSEPH C. RAZZANO

JCR:dq
032 PLDG-CERTIFICATE OF SERVICE.wpd