TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM
APR 2 1 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, | CIVIL CASE NO. CV-07-00002 |
| Plaintiff, | |
| v. | NOTICE OF ERRATA |
| PREMIER BUSINESS SOLUTIONS, INC., *et al.*, | |
| Defendants. | |

Defendants, PREMIER BUSINESS SOLUTIONS, INC., *et al.*, submits the following *errata* to their Withdrawal of Defendants' Motion to Quash Subpoena Issued to Citizens Security Bank filed on April 18, 2008 to reflect that June 4, 2007 is the proper date in which the Motion to Quash Subpoena Issued to Citizens Security Bank was filed and, therefore, Paragraph 1 of the Withdrawal of Defendants' Motion to Quash Subpoena Issued to Citizens Security Bank should read as follows:

///

| | |
|---|---|
| 1 | On June 4, 2007, Attorneys for Defendants, PREMIER BUSINESS SOLUTIONS, INC., *et al.*, filed a Motion to Quash Subpoena Issued to Citizens Security Bank. Defendants hereby withdraw their Motion to Quash Subpoena Issued to Citizens Security Bank, as it is now moot. This withdrawal is without prejudice and in no way affects Defendants pending Motion for Stay of Discovery. |

On June 4, 2007, Attorneys for Defendants, PREMIER BUSINESS SOLUTIONS, INC., *et al.*, filed a Motion to Quash Subpoena Issued to Citizens Security Bank. Defendants hereby withdraw their Motion to Quash Subpoena Issued to Citizens Security Bank, as it is now moot. This withdrawal is without prejudice and in no way affects Defendants pending Motion for Stay of Discovery.

Respectfully submitted this 21st day of April, 2008.

TEKER TORRES & TEKER, P.C.

By /s/ Joseph C. Razzano
JOSEPH C. RAZZANO, ESQ.
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I, JOSEPH C. RAZZANO, declare as follows:

1. I am over the age of majority, employed in the law offices of Teker Torres & Teker, P.C., and am competent to testify regarding the matters stated herein.

2. I hereby certify that on April 21, 2008, a true and exact copy of Defendants' *Notice of Errata* was served, via hand delivery, on the following:

> G. Patrick Civille, Esq.
> Civille & Tang, PLLC.
> Suite 200, 330 Hernan Cortez Avenue
> Hagåtña, Guam 96910

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Hagåtña, Guam, on April 21, 2008.

JOSEPH C. RAZZANO

JCR:dq
033 PLDG-NOTICE OF ERRATA TO WITHDRAWAL OF MTN TO SQUASH CSB SUBPOENA.wpd

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891-4