# IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM, | ) ) ) ) | CIVIL CASE NO. CV-07-00002 |
| Plaintiff, | ) ) | **ORDER Re: MOTION FOR STAY** |
| vs. | ) ) | |
| PREMIER BUSINESS SOLUTIONS, INC. PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES. | ) ) ) ) ) | |
| Defendants. | ) | |

----------

After a hearing held on April 7, 2008, and a careful review of the filings, the court hereby **DENIES** the Defendant's Motion for Stay Pending Resolutions of Issues by the United States Supreme Court, and sets hearing on Defendants' Motion to Dismiss for June 24, 2008, at 9:30 a.m.

**IT IS SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: May 21, 2008**