# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ **GUAM**

Marianas Hospitality Corporation

**NOTICE**

V.

Premier Business Solutions, Inc., et al.　　　CASE NUMBER:　CV-07-00002

---

TYPE OF CASE:

　　　　　　X　**CIVIL**　　　　　□　**CRIMINAL**

---

□　**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

### MOTION TO DISMISS

---

**X**　**TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | June 24, 2008 at 9:30 a.m. | August 8, 2008 at 1:30 p.m. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

　/s/ Virginia T. Kilgore
DATE　June 18, 2008　　　　　　　　(BY) DEPUTY CLERK

TO:     Civille and Tang, PLLC
        Teker Torres and Teker