# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION, dba HYATT REGENCY GUAM,<br><br>    Plaintiff,<br><br>vs.<br><br>PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES,<br><br>    Defendants. | CIVIL CASE NO. CV07-00002<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** |

This matter comes before the court upon the motion of the Plaintiff, Marianas Hospitality Corporation, d/b/a/ Hyatt Regency Guam ("MHC"), for leave to file a supplemental opposition to the Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and For Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss"). The Plaintiff seeks leave to file a supplemental opposition memorandum for the purpose of alerting the court of the decision of the Supreme Court of the United States issued on June 9, 2008 in the case *Bridge v. Phoenix Bond & Indemnity Co.*, -- U.S. --, 128 S.Ct. 2131 ( 2008), and to discuss briefly its effect on the arguments raised by the Defendants in the pending Motion to Dismiss and MHC's position that the Motion should be denied.

The court finds that the Supreme Court's opinion has relevance to the arguments at issue in the Defendants' Motion to Dismiss, and therefore **GRANTS** the Plaintiff's motion. Defendants shall have fourteen (14) days from the date of the filing of this Order to file a reply to Plaintiff's supplemental memorandum in opposition to defendants' motion to dismiss if they so desire.

It is further ordered that the Motion Hearing currently set for August 8, 2008 at 1:30 p.m. is hereby rescheduled to September 18, 2008 at 10:30 a.m., in order to give the Defendants the opportunity to file a reply and for the court to fully prepare for the hearing in light of the new documents filed.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
**Dated: Jul 30, 2008**