**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Plaintiff
Marianas Hospitality Corporation,
dba Hyatt Regency Guam*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION, dba HYATT REGENCY GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES,<br><br>Defendants. | CIVIL CASE NO.CV07-00002<br><br><br>**STIPULATED NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) WITH PREJUDICE** |

The parties hereby stipulate that all claims and causes of action in the above-entitled action are hereby dismissed with prejudice, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, except that the Court shall retain jurisdiction over the parties to enforce the Settlement Agreement between the parties in this action. Each party will bear its own attorneys' fees and costs.

DATED this 1st day of April, 2011.

| TEKER TORRES & TEKER, P.C. | CIVILLE & TANG, PLLC |
|---|---|
| By: *(signature)* <br> JOSEPH C. RAZZANO <br> *Attorneys for Defendants* | By: *(signature)* <br> JOYCE C.H. TANG <br> *Attorneys for Plaintiff* |