**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Plaintiff
Marianas Hospitality Corporation,
dba Hyatt Regency Guam*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION, dba HYATT REGENCY GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES,<br><br>Defendants. | CIVIL CASE NO. 07-00002<br><br><br><br>**JUDGMENT** |

Based on the Confidential Settlement and Release Agreement dated April 1, 2011, Judgment is hereby entered against Defendants PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, and JESSE C. TOVES, jointly and severally, in the amount of $180,000.00 with interest at the rate of 4% per annum.

The terms of the Confidential Settlement and Release Agreement are hereby incorporated into, merged into, and made a part of this Judgment.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Apr 13, 2011**