DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| MARIANAS HOSPITALITY CORPORATION dba HYATT REGENCY GUAM,<br><br>    Plaintiff,<br><br>vs.<br><br>PREMIER BUSINESS SOLUTIONS, INC., PACIFIC BUSINESS SOLUTIONS, INC., ANNA MARIE TOVES, AND JESSE C. TOVES,<br><br>    Defendants. | CIVIL CASE NO. 07-00002 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

**Judgment**
**signed on April 13, 2011**
**Date of Entry: April 13, 2011**

The original orders or judgments are on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**.

Date: April 15, 2011                       Clerk of Court

                                        **/s/ Jeanne G. Quinata**